(81 South. 134)

### CROWDER v. CITY OF MONTGOMERY.
### (3 Div. 342.)

(Court of Appeals of Alabama.    Jan. 21, 1919.)

CRIMINAL LAW ☞1129(1)—MATTERS REVIEW-
ABLE—ASSIGNMENTS OF ERROR.

Where there are no assignments of error, judgment of lower court will be affirmed.

Appeal from Circuit Court, Montgomery County; Gaston Gunter, Judge.

Rona Crowder was convicted for the violation of the prohibition law for the City of Montgomery, and she appeals. Affirmed.

L. A. Sanderson, of Montgomery, for appellee.

BRICKEN, J. The defendant was tried and convicted in the recorder's court of the

───────

☞For other cases see same topic and KEY-NUMBER in all Key-Numbered Digests and Indexes

city of Montgomery for the violation of the prohibition law of the city. She appealed to the circuit court, and upon trial in said court was again convicted. The cause is here submitted on motion to affirm for want of assignment of error. No error having been assigned as required by law, the motion is granted, and the judgment of the circuit court is affirmed.

Affirmed.